IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,  CASE NO.: 2:00-cr-12-JES-1

v.

ROBERTO TORRES.
_____/

**MOTION FOR PRE-SENTENCE REPORT AND REQUEST FOR EXPEDITED CONSIDERATION OF SUCH MOTION**

Defendant, Roberto Torres, by and through the undersigned attorney respectfully asks this Court for a copy of his Pre-Sentence Investigation Report ("PSR"), and in support thereof states:

1. Defendant has retained undersigned counsel to file a Motion for Reduction of Sentence. Notice of Appearance is filed separately.

2. In order to adequately research and prepare such a motion, the undersigned believes review of a copy of the PSR is necessary.

3. According to an un-numbered docket entry on June 19, 2001, the PSR is sealed.

4. Defendant will complete his sentence in the relatively near future. However, since any reduction in sentence is worthwhile to defendant, he still wishes to exercise his right to file a motion to reduce his sentence under a new development in the law. Therefore, while this is not an

"emergency" motion, and defendant understands that his concern about time is not necessarily the court's concern, defendant respectfully requests expedited consideration of this motion as time is of the essence to him.

5. Accordingly, defendant respectfully requests the court enter an Order making available to him and to his attorney a copy of his PSR.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Jeffrey Michelland, A.U.S.A. at Jeffrey.Michelland@usdoj.gov, this 4th day of March, 2008.

**LAW OFFICES OF DAVID A. BRENER, P.A.**
Attorney for Defendant
2133 Main Street
Fort Myers, Florida 33901
Telephone:  (239) 332-1100
Facsimile:  (239) 332-5588
Florida Bar No.:  734950
**E-mail: davidabrenerpa@embarqmail.com**

**s/s David A. Brener**
**DAVID A. BRENER, P.A.**